IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF WEST VIRGINIA

IN RE: ORDER ESTABLISHING THE 2019 HOLIDAY SCHEDULE

Miscellaneous No. 3:19-MC- 45

ORDER

All offices will be closed on Thursday, November 28, 2019, Wednesday, December 25, 2019, and Wednesday, January 1, 2019, which are Federal holidays.

In addition, the Clerk's Office and Probation Office will also be closed on Friday, November 29, 2019, Tuesday, December 24, 2019, Thursday, December 26, 2019 and Tuesday, December 31, 2019. Each district judge and magistrate judge may adopt any schedule he or she desires regarding the working schedule of his or her chambers' staff during these dates.

The Clerk is directed to transmit copies of this order to the Chief United States Probation Officer, The United States Bankruptcy Court, the United States Marshals Service, the Federal Public Defenders Office and the United States Attorney's Office.

Dated: October 10, 2019

Gina M. Groh
Chief United States District Judge